## SECOND DEPARTMENT, OCTOBER TERM, 1888.

with costs of this appeal to the appellant. Opinion by Barker, P. J.

Peter P. Latourette, Appellant, v. Henry H. Persons, Respondent. — Order affirmed. Barker, P. J., dissenting.

The People of the State of New York *ex rel.* Philip Steingoetter, Respondent, v. The County Board of Canvassers of the County of Erie, and Charles F. Bishop, Appellant. — Order denying the motion to make Bishop a party affirmed without costs. Appeal from order allowing peremptory *mandamus* dismissed without costs. Opinion by Bradley, J.

Ellen Harrington, Respondent, v. The City of Buffalo, Appellant.—Order affirmed. Opinion by Haight, J.

The Town of Cherry Creek, Appellant, v. Philip Becker, Respondent, Impleaded, etc. — Judgment affirmed with costs. Opinion by Bradley, J.

Mary Good, as Administratrix, etc., Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order reversed and new trial granted, costs to abide event. Opinion by Dwight, J.

Edgar Underhill and others, Respondents, v. George E. Ramsey, Appellant.—Order affirmed. Opinion by Barker, P. J.

Adolph Sorge, Jr., Respondent, v. The Union and Advertising Company, Appellant. — Judgment affirmed.

James H. Grimes, Respondent, v. John B. Smith and others, Executors, etc., Appellants.— Judgment affirmed with costs. Opinion by Dwight, J.

Mary G. Durfee, Appellant, v. Henry P. Knowles, Respondent.—Judgment affirmed with costs. Opinion by Barker, P. J.

John P. Whitney and another, Respondents, v. The Hop Bitters Manufacturing Company, Appellant. — Judgment affirmed. Opinion by Dwight, J.

In the Matter of the Will, etc., of Elizabeth A. S. R. Rockwell deceased.—Decree reversed on a question of fact and the issues indicated in the opinion ordered to be tried before a jury at the Erie Circuit. Costs of the appeal to abide the final award of costs. Opinion by Haight, J.

In the Matter of the Application of L. A. Mallory, Collector, etc., Respondent, to compel George D. Chapman to pay taxes, Appellant.— Order reversed, without costs. Opinion by Dwight, J.

The People of the State of New York, Appellant, v. William Harmon, Respondent.—Judgment affirmed and proceedings remitted to the Court of Sessions of Wyoming county.

Charles E. Shepard, Respondent, v. Emeline A. Scovell, Appellant. — Order affirmed with ten dollars costs and disbursements. Opinion by Bradley, J.

Samuel S. Kennedy, Respondent, v. John W. Scoville, Appellant.—Order granting new trial affirmed on the opinion of Corlett, J., at Circuit.

George W. Church, Respondent, v. Della Church, Appellant. — Judgment modified by striking out the provision for costs, and as so modified affirmed without costs.

George Bork. Appellant, v. The City of Buffalo and another, Respondents.—Judgment affirmed with costs. Opinion by Bradley, J.

The People of the State of New York, Appellant, v. Catherine B. Williams, Respondent.— Judgment reversed and proceedings remitted to the Court of Sessions of Monroe county. Opinion by Dwight, J.

Richard B. Myers, Appellant, v. Aurilla J. Myers and others, Respondents.—Order affirmed with ten dollars costs and disbursements. *Per Curiam* opinion left with Barker, P. J.

Sylvander B. Partridge, Appellant, v. Leander Russell, Respondent. — Judgment affirmed. Opinion by Barker, P.J.; Haight, J., not sitting.

William R. H. Martin and another, Repondents, v. Frank T. Gilbert, as Sheriff, etc, Appellant.—Judgment reversed and new trial ordered before another referee, costs to abide event.

Henry Dale and others, Respondents, v. Frank T. Gilbert, as Sheriff, etc., Appellant. — Judgment reversed and new trial ordered before another referee, costs to abide event.

Homestead Land Syndicate, Limited, Plaintiff, v. Wilmot Deloni Matthews, Defendant.—Judgment ordered for the plaintiff for a specific performance of the contract set out in the submission.

In the Matter of the Probate of the Last Will and Testament of Thomas Keegan, Deceased.— Motion so far granted as to permit the evidence of Christopher N. Dunn to be taken of the transactions and circumstances attending the alleged execution of the instrument in question purporting to be the last will and testament of Thomas Keegan, deceased, bearing upon the question of its execution and attestation as such; and his evidence may also be taken bearing upon the question of the identity of the instrument so executed with that offered and admitted to probate, and on the part of the contestant the further evidence of Dennis Dempsey and Patrick Donnelly may be taken bearing upon the same question. It is referred to G. N. Orcott of Hornellsville, N. Y., to take such proofs and report the same to this court, pursuant to section 2586 of the Code of Civil Procedure.

Mary J. Kennedy v. The Rochester City and Brighton R. R. Co.—Motion to dismiss appeal denied without costs.

## SECOND DEPARTMENT, OCTOBER TERM, 1888.

The People of the State of New York v. Julius Schultz.—Judgment affirmed for non-service of papers.

In the Matter of the Application of the South Brooklyn Railroad and Terminal Co.—Order reversed, with costs and disbursements, and a commission appointed to appraise the land in question unless an issue is made on the facts of the petition; leave to make such issue is hereby granted. Opinion by Barnard, P. J.